# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 2:13-CR-00439-KJD-VCF |
| SEAN FINN, | **ORDER** |
| Defendant. | |

Before the court is Defendant's *Ex Parte* Motion for Court Order Directing the Nevada Southern Detention Center to Allow Defendant to Extra Library Time (ECF No. 409).

Under LR IA 7-2(b), neither party nor attorney for any party may make an *ex parte* communication with the court except as specifically permitted by these rules. Here, Defendant has not given compelling reason to file the instant motion as *ex parte*.

Accordingly,

IT IS HEREBY ORDERED that the Clerk will remove the *ex parte* status from Defendant's Motion for Court Order Directing the Nevada Southern Detention Center to Allow Defendant to Extra Library Time (ECF No. 409).

The Clerk of Court is directed to regenerate the service on the instant motion.

IT IS FURTHER ORDERED that any response to the instant motion must be filed on or before February 25, 2019. No reply necessary.

DATED this 11th day of February, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE