# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 2:13-CR-00439-KJD-VCF |
| SEAN FINN, | **ORDER** |
| Defendant. | |

Before the court is Defendant's Ex-Parte Motion for Court Order Directing the Nevada Southern Detention Center to Allow Defendant to Extra Library Time (ECF NO. 409). The government does not oppose. (ECF NO. 411).

Accordingly,

IT IS HEREBY ORDERED that Defendant's Ex-Parte Motion for Court Order Directing the Nevada Southern Detention Center to Allow Defendant to Extra Library Time (ECF NO. 409) is GRANTED with the condition that the facility may reasonably accommodate.

DATED this 1st day of March, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE