UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,

Plaintiff,

v.

SEAN FINN,

Defendant.

Case No. 2:13:cr-0439-KJD-VCF

**ORDER**

Before the Court is a Report and Recommendation (#477) prepared by Magistrate Judge Ferenbach, which recommends denial of Defendant Sean Finn's Motion to Dismiss Counts Six through Ten of his indictment (#447). Finn filed his objections to the Report and Recommendation (#483), and the Government responded (#487). The Court has performed a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2 and finds that Magistrate Judge Ferenbach's Report and Recommendation (#477) should be ADOPTED and AFFIRMED.

Finn argues that the indictment did not adequately allege securities fraud. The argument boils down to whether the investment agreements between the Malum Group and its alleged victims are "securities." Whether an investment contract is a security depends on three factors. The contract must devise a "transaction or scheme whereby a person [1] invests his money [2] in a common enterprise and is led to expect profits solely from [3] the efforts of the promoter or a third party." Warfied v. Alaniz, 569 F.3d 1015, 1020 (9th Cir. 2009). Finn only disputes the third prong—that the agreements carried an expectation of profits produced by others. Obj. to R&R 3, ECF No. 483. He claims that the agreements themselves only contemplated that the parties to the agreement—not others—would produce the profits. And so, Finn argues, the indictment is insufficient.

However, as both Magistrate Judge Ferenbach and the Government point out, whether an investment contract qualifies as a security is generally a question for the jury. R&R 2, ECF No. 477; Govt. Resp. to Def.'s Obj. 3, ECF No. 487; <u>see</u> <u>also</u> <u>United States v. Morse</u>, 785 F.2d 771, 775–76 (9th Cir. 1986) ("the question whether a given investment opportunity constitutes a security is ordinarily a question for the jury"). It is possible that Finn may prove at trial that the investment contracts were not securities. However, at this stage in the prosecution, the Court will not interpret these contracts, nor will it take that responsibility from the jury.

Accordingly, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation (#477) is **ADOPTED** and **AFFIRMED**, and Defendant Sean Finn's Motion to Dismiss (#447) is **DENIED**.

Dated this 14th day of August, 2019.

_____
Kent J. Dawson
United States District Judge