# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SEAN FINN,<br><br>    Defendant. | 2:13-cr-00439-KJD-VCF<br><br>**ORDER** |

Before the court is Defendant Sean Finn's Motion to Dismiss for Selective Prosecution (ECF No. 503).

Accordingly,

IT IS HEREBY ORDERED that an evidentiary hearing on Defendant Sean Finn's Motion to Dismiss for Selective Prosecution (ECF No. 503) is scheduled for 11:00 AM, December 2, 2019, in Courtroom 3D.

The U.S. Marshal is directed to transport Sean Finn to and from the hearing.

DATED this 6th day of November, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE