# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )   13-cr-00439-KJD-VCF-4
                                    )
    vs.                             )   **ORDER**
                                    )
SEAN FINN,                          )
                                    )
            Defendant.              )
_____)

## ORDER

Based upon the stipulation of the parties, and good cause appearing therefore, it is ORDERED that the sentencing hearing currently scheduled for May 12, 2020 be vacated and continued to July 14 2020, at the hour of 9:00 a.m. in Courtroom 4A.

IT IS FURTHER ORDERED that the parties shall have to and including July 7, 2020 to submit written objections to the draft Presentence Investigation Report (PSR).

DATED this 8th day of April, 2020.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE