# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

|  |  |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | 13-cr-00439-KJD-VCF-4 |
| Plaintiff,   ) | |
| ) | **ORDER** |
| vs.   ) | |
| ) | |
| SEAN FINN,   ) | |
| ) | |
| Defendant.   ) | |

## ORDER

Based upon the stipulation of the parties, and good cause appearing therefore, it is ORDERED that the sentencing hearing currently scheduled for July 14, 2020 be vacated and continued to  September   1 , 2020, at the hour of  9:00   a.m. in Courtroom  4A  .

IT IS FURTHER ORDERED that the parties shall have to and including  August   10, 2020 to submit written objections to the draft Presentence Investigation Report (PSR).

DATED this 25th day of June, 2020.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE