# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SEAN FINN,<br><br>　　　　Defendant. | 2:13-CR-439-KJD-VCF<br><br>**Final Order of Forfeiture** |

　　　　The Jury found Sean Finn guilty of Counts 1, 6-9, 18, and 20-22 of a 24-Count Criminal Indictment charging him in Count 1 with conspiracy to commit wire fraud and securities fraud in violation of 15 U.S.C. § 78j(b) and 17 C.F.R. § 240.10b-5 and 18 U.S.C. §§ 371 and 1343; in Counts 6-9 with wire fraud in violation of 18 U.S.C. § 1343; and in Counts 18 and 20-22 with securities fraud in violation of 15 U.S.C. § 78j(b) and 17 C.F.R. § 240.10b-5. Criminal Indictment, ECF No. 1; Minutes of Jury Trial, ECF No. 562; Jury Verdict, ECF No. 566.

　　　　The in personam criminal forfeiture money judgment is (1) any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1343, a specified unlawful activity as defined in 18 U.S.C. § 1956(c)(7)(A) and 1961(1)(B), or 18 U.S.C. § 371, a conspiracy to commit such offense and (2) any property, real or personal, which constitutes or is derived from proceeds traceable to violations of 15 U.S.C. § 78j(b) and 17 CFR § 240.10b-5, a specified unlawful activity as defined in 18 U.S.C. § 1956(c)(7)(A) and 1961(1)(D), or 18 U.S.C. § 371, a conspiracy to commit such offenses, and is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c) and 21 U.S.C. § 853(p).

This Court finds Sean Finn shall pay an in personam criminal forfeiture money judgment of $830,000 to the United States of America, not to be held jointly and severally liable with any codefendants and the total of the collected money judgment amounts between the codefendants is not to exceed $5,600,000 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p).

The in personam criminal forfeiture money judgment amount of $830,000 complies with *Honeycutt v. United States*, 137 S. Ct. 1626 (2017).

This Court finds that on the government's motion, the court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America recover from Sean Finn the in personam criminal forfeiture money judgment of $830,000, not to be held jointly and severally liable with any codefendants and the total of the collected money judgment amounts between the codefendants is not to exceed $5,600,000 pursuant to Fed. R. Crim. P. Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk will make three certified copies and send them to the United States Attorney's Office, Attention Asset Forfeiture Unit

DATED  September 15        , 2020.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

2